**Opinion issued July 19, 2018**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-18-00419-CR

————————————

## IN RE KRISTIE L. WALSDORF, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kristie L. Walsdorf, has filed a petition for writ of mandamus, seeking an order compelling the trial court to vacate its October 2, 2017 protective order.[1]

---

[1]    The underlying case is *State of Texas v. Susan Jacob*, cause number 15-CR-0860, pending in the 405th District Court of Galveston County, Texas, the Honorable Michelle Slaughter, presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.